# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

American Health Care Association, et al.
Plaintiff

v.

Civil Action No.

Xavier Becerra, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

American Health Care Association; Texas Health Care Association; Arbrook Plaza; Booker Hospital District; Harbor Lakes Nursing & Rehabilitation Center

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

None.

| | |
|---|---|
| Date: | May 23, 2024 |
| Signature: | /s/Thomas C. Riney |
| Print Name: | Thomas C. Riney |
| Bar Number: | 16935100 |
| Address: | Underwood Law Firm, P.C. |
| City, State, Zip: | Amarillo, Texas 79101 |
| Telephone: | 806-376-5613 |
| Fax: | 806-379-0316 |
| E-Mail: | tom.riney@uwlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.