IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMERICAN HEALTH CARE ASSOCIATION; TEXAS HEALTH CARE ASSOCIATION; ARBROOK PLAZA; BOOKER HOSPITAL DISTRICT; HARBOR LAKES NURSING & REHABILITATION CENTER,<br><br>    Plaintiff,<br><br>V.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | NO. 2:24-CV-00114-Z |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned counsel hereby certify that each attorney listed below has read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

We further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the

PAGE 1

Court. We understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

DATED:  May 28, 2024

                                            Respectfully submitted,

*/s/ Thomas C. Riney*
Thomas C. Riney
State Bar No. 16935100
Tom.Riney@uwlaw.com
*/s/ Gavin J. Gadberry*
Gavin J. Gadberry
State Bar No. 7563780
Gavin.Gadberry@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
(806) 376-5613
Fax: (806) 379-0316

-and-

*/s/ Brad Timms*
Brad Timms
State Bar No. 24088535
brad.timms@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Avenue
Suite 200
Fort Worth, Texas 76107
(817) 885-7529
Fax: (817) 439-9932

*Counsel for Plaintiffs*