IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, et al., § § § | |
| Plaintiffs, § § | |
| v. § | 2:24-CV-114-Z-BR |
| § | |
| XAVIER BECERRA, et al., § § § | |
| Defendants. § | |

## ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE

Before the Court is the parties' Joint Motion for Briefing Schedule. (ECF 45). By that Motion, the parties state that they have "conferred . . . regarding appropriate next steps in this case in order to present the disputes in the most efficient manner possible for the Court's resolution." (*Id.* at 1). The parties further state that they "have agreed that this case may be resolved by cross-motions for dispositive relief," and request that the Court approve their proposed briefing schedule. (*Id.*). The parties' Joint Motion for Briefing Schedule, (ECF 45), is hereby GRANTED. The Court will issue a Scheduling Order in accordance with the Motion.

The parties also request that the Court approve their proposed page limitations for each brief. (*Id.*). Each of the proposed page limitations complies with Local Rule 56.5(b), except for Defendants Reply in Support of Cross-Motion for Summary Judgment. (ECF 45 at 2). Although Local Rule 56.5(b) states that "a reply brief [to a response to a motion for summary judgment] must not exceed 25 pages," the parties request a limitation of 35 pages for this reply brief. (ECF 45 at 2). The Court construes this request as a Motion to File a Reply Brief in Excess of the Page Limitations. Due to the fact that the parties believe this case may be resolved by cross-motions for dispositive relief alone, the Motion for a ten-page extension of the page limitation under Local

Rule 56.5(b) is hereby GRANTED.

Finally, "Defendants also respectfully request that their deadline to respond to Plaintiffs' Amended Complaint with an Answer, should one be required, be extended during the pendency of the parties' anticipated cross-motions." (ECF 45 at 2). The Court construes this request as a Second Motion to Extend Time to Respond to Amended Complaint. Having considered that Motion, the Court finds it should be GRANTED. Defendants are directed to answer, or otherwise respond, to Plaintiffs' Amended Complaint, if such answer or other response should be required, **within fourteen (14) days** of any order on the parties' cross-motions for summary judgment.

IT IS SO ORDERED.

ENTERED August 13, 2024.

                                                  LEE ANN RENO
                                                  UNITED STATES MAGISTRATE JUDGE