IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>Defendants. | 2:24-CV-114-Z-BR (lead)<br>2:24-CV-171-Z (consolidated) |

**ORDER**

Federal Rule of Civil Procedure 25(d) states that an action does not cease when a public official who is a party to the action leaves office for any reason. Instead, the "officer's successor is automatically substituted as a party." FED. R. CIV. P. 25(d). Further proceedings "should be in the substituted party's name." *Id.* "The court may order substitution at any time . . . ." *Id.* Accordingly, the Court **ORDERS** that Xavier Becerra, former Secretary of the United States Department of Health and Human Services, be terminated as a party and that Robert F. Kennedy, Jr., Secretary of the United States Department of Health and Human Services, be substituted. The Court further **ORDERS** that Chiquita Brooks-LaSure, former Administrator of the Centers for Medicare and Medicaid Services, be terminated as a party and that Mehmet Oz, Administrator of the Centers for Medicare and Medicaid Services, be substituted.

**SO ORDERED**.

April 7, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE