IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> Defendants. | 2:24-CV-114-Z-BR (lead) <br> 2:24-CV-171-Z (consolidated) |

**JUDGMENT**

The Court **GRANTED** Plaintiffs' Motion for Summary Judgment and **DENIED** Defendants' Cross-Motion for Summary Judgment. Accordingly, the staffing requirements in the Final Rule published in 89 Fed. Reg. 40876 (May 10, 2024) and codified at 42 C.F.R. Section 483.35(b)(1) and 483.35(c) are **VACATED** per 5 U.S.C. Section 706(2). This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED**.

April 7, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE