IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR, in his official capacity as Secretary of the U.S. Department of Health and Human Services, et al., <br><br> *Defendants*. | Case No. 2:24-cv-00114-Z-BR (lead) <br> Case No. 2:24-cv-171-Z (consolidated) |

### DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order and Judgment entered at ECF Nos. 101 and 102 and dated April 7, 2025.

Dated: June 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Andrew J. Rising*
ANDREW J. RISING
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12520
Washington, D.C. 20005
Phone:   (202) 514-0265
E-mail:   andrew.j.rising@usdoj.gov

*Counsel for Defendants*

1